IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0059

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

ROBERT AYRES DASILVA, JR.,

     Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 14, 2023, within which to prepare, serve, and file its response brief.

**MLP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 12 2023